Aaron Stern, Henry Lauer, Charles Shohl and Samuel Aub, partners doing business under the firm name and style of Stern, Lauer, Shohl & Company. Plaintiffs in Error, vs. S. H. Benjamin and Jacob Katz, partners doing business under the firm name and style of S. H. Benjamin & Company, Defendants in Error.

Writ of error to Circuit Court, Alachua county; William A. Hocker, Judge.

Alex. St. Clair-Abrams, for Plaintiffs in Error.

Syd. L. Carter and R. W. & W. M. Davis, for Defendants in Error.

This action was brought by the plaintiffs in error against Joseph Manassee in attachment, and defendants in error interposed claim to the property in controversy. There was judgment for the claimants, and the plaintiffs take writ of error. The judgment is affirmed.

Decision *Per Curiam*.